(No. 21684.—

ERNEST THOMPSON, Defendant in Error, *vs.* THE INDUS-
TRIAL COMMISSION *et al.*—(THE FRED M. CRANE COM-
PANY, Plaintiff in Error.)

*Opinion filed February 23, 1933.*

BURT A. CROWE, and WILLIAM J. FENLON, for plaintiff
in error.

JOSEPH A. LONDRIGAN, CHARLES S. ANDRUS, and
COVEY & WOODS, for defendant in error.

Mr. JUSTICE STONE delivered the opinion of the court:

The facts in this case are identical with those in *Thompson* v. *Industrial Com.* (*ante,* p. 356.) Defendant in error
here is a son of Lewis A. Thompson, (there named as the
deceased,) was employed by C. W. Barham in the same
employment with the said Lewis A. Thompson, and was
with him at the time of the accident in which Lewis A.
Thompson lost his life. Both were engaged in the same
occupation, and by this accident Ernest Thompson, defendant in error here, was seriously injured. The facts otherwise being identical in the two cases, this case is governed
entirely by the opinion of this court in the other case. The
arbitrator entered an award. The plaintiff in error, Fred M.
Crane Company, sought review before the commission,
which, on a hearing, set aside the award. Barham did not
seek review, and as to him the award in this case became
final. On review by *certiorari* the circuit court of Logan
county set aside the finding of the commission and entered

an award, from which the plaintiff in error, Fred M. Crane Company, seeks this review. For the reasons given in *Thompson* v. *Industrial Com. supra,* the judgment of the circuit court is reversed and the award set aside.

*Judgment reversed and award set aside.*